# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLYN KELLY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>   v.<br><br>NCB MANAGEMENT SERVICES, INC.,<br><br>Defendant. | Case No. 1:23-cv-00927-CCC |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Carolyn Kelly, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant NCB Management Services, Inc., without prejudice.

Dated:  July 26, 2023                     Respectfully Submitted,

/s/ Randi Kassan
Randi Kassan
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza
Garden City, NY  11530
Telephone: (212) 594-5300
rkassan@milberg.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 26, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Randi Kassan*